IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Bk. Case No. 03-11508 (KJC) |
| | ) | Chapter 7 |
| TROLL COMMUNICATIONS, L.L.C., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MICHAEL B. JOSEPH, as Chapter 7 Trustee for the Estate of TROLL COMMUNICATIONS, LLC, et al., | ) ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 05-51605 (KJC) |
| | ) | |
| LINCOLN E. FRANK, et al., | ) | |
| | ) | |
| Defendants. | ) ) | |

## **STIPULATION OF DISMISSAL**

PLEASE DISMISS the above-captioned adversary proceeding with prejudice. The parties will bear their own fees and costs.

[SIGNATURES FOLLOW]

| | |
|---|---|
| FERRY, JOSEPH & PEARCE, P.A.<br><br> /s/Rick S. Miller<br>Rick S. Miller (#3418)<br>Jason C. Powell (#3768)<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington, DE 19899-1351<br>(302) 575-1555<br>Attorneys for Plaintiff | DUANE MORRIS, LLP<br><br> /s/Michael R. Lastowski<br>Michael R. Lastowski (#3892)<br>1100 N. Market Street, Suite 1200<br>Wilmington DE 19801-1246<br>(302) 657-4942<br><br>-and-<br><br>Rudolph J. Di Massa, Jr.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br><br>Attorneys for Defendants Quad Venture Partners SBIC, L.P., Quad Venture Partners, L.P., Quad Ventures, LLC, Lincoln E. Frank, Andrew E. Kaplan, Daniel Neuwirth, Seth J. Lehr, and Scott Perricelli<br><br>BUCHANAN INGERSOLL & ROONEY, PC<br><br> /s/William H. Schorling<br>William H. Schorling, (#4055)<br>Two Liberty Place<br>50 S. 16th St. Suite 3200<br>Philadelphia, PA 19102-2555<br>215-665-5326<br>Attorney for Defendant Peter E. Bergen |